UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **LUCAS MICHAEL HUBBARD** | **CIVIL ACTION NO. 25-1248** |
| **VERSUS** | **JUDGE EDWARDS** |
| **KEITH MANUEL ET AL** | **MAG. JUDGE PEREZ-MONTES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (R. Doc. 15), and having conducted a de novo review of the record, including a review of the objection filed by plaintiff (R. Doc. 20), and finding that the recommendation of the Magistrate Judge is correct under the applicable law;

**IT IS HEREBY ORDERED** that the Complaint (R. Doc. 1) be **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

THUS ORDERED AND SIGNED in Chambers this 4th day of November, 2025.

*[signature: Jerry Edwards, Jr.]*

**JUDGE JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT COURT**